1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

FILED

2007 NOV 27  A 11: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,         )   No. CR 07 00745 JF
                                  )
       Plaintiff,                 )   VIOLATION: 8 U.S.C. § 1326 -
                                  )   Illegal Re-entry Following Deportation
   v.                             )
                                  )
JOSE TORRES-CALDERON,             )
                                  )   SAN JOSE VENUE
       Defendant.                 )
                                  )
_____)

INFORMATION

The United States Attorney charges:

On or about June 18, 2007, the defendant,

JOSE TORRES-CALDERON,

an alien, previously having been arrested and deported from the United States on or about April 8, 1994, June 13, 1995 and January 12, 2004, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the defendant for admission

//

INFORMATION

1 | into the United States, in violation of Title 8, United States Code, Section 1326.

3 | DATED: 11/27/07

SCOTT N. SCHOOLS
United States Attorney

*/s/ David R. Callaway*

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch

Approved as to form: */s/ Benjamin Kennedy*
SAUSA/Benjamin Kennedy

INFORMATION                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2007 NOV 27 A 11:50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

### OFFENSE CHARGED

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**E-FILING**

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

DEFENDANT - U.S.

▶ JOSE TORRES-CALDERON

DISTRICT COURT NUMBER

CR 07 00745 JF PVT

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BENJAMIN KENNEDY

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: