AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_Northern_ DISTRICT OF _California_

UNITED STATES OF AMERICA

v.

Jose Torres-Caldron

**FILED**
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00745 JF

I, _Jose Calderon-Torres_, the above named defendant, who is accused of

_8 USC 1326 Illegal Reentry After Deportation_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _11/29/07_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jose Calderon T_
Defendant

_[signature]_
Counsel for Defendant

Before _____
Judicial Officer