## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, December 19, 2007
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Torres-Calderon |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Cynthia Lie |

---

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 1/16/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.