1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9
10                   UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                          SAN JOSE DIVISION
13
14 UNITED STATES OF AMERICA,         )   No.   CR 07-00745 JF
                                     )
15      Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME FROM
16      v.                           )   JANUARY 30, 2008 TO FEBRUARY 6,
                                     )   2008 FROM THE SPEEDY TRIAL ACT
17 JOSE TORRES-CALDERON,             )   CALCULATION (18 U.S.C. §
                                     )   3161(h)(8)(A))
18      Defendant.                   )
                                     )
19 _____   )
20
21    The parties stipulate that the time between January 30, 2008 and February 6, 2008 is
22 excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in light of the defendant's pending
23 motion for new counsel.
24
25
26
27
28
   //

                                            1

1
2
3   DATED: January 30, 2008
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOSEPH P. RUSSONIELLO
United States Attorney


  /s/
BENJAMIN T. KENNEDY
Assistant United States Attorney


  /s/
CYNTHIA LIE
Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 30, 2008 and February 6, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in light of the defendant's pending motion for new counsel. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE