JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00745 JF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JANUARY 30, 2008 TO FEBRUARY 6, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| JOSE TORRES-CALDERON, | |
| Defendant. | |

   The parties stipulate that the time between January 30, 2008 and February 6, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in light of the defendant's pending motion for new counsel.

//

1

1
2
3  DATED: January 30, 2008                JOSEPH P. RUSSONIELLO
                                          United States Attorney
4
5                                          /s/
                                          _____
                                          BENJAMIN T. KENNEDY
6                                         Assistant United States Attorney
7
8                                          /s/
                                          _____
                                          CYNTHIA LIE
9                                         Assistant Federal Public Defender
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 30, 2008 and February 6, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in light of the defendant's pending motion for new counsel. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: ~~2/5/06~~ 2/5/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

3