UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, Feruary 6, 2008
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| United States | Jose Torres-Calderon |
| **Attorneys Present:** Richard Cheng | **Attorneys Present:** Jerry Fong |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 3/5/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.