# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, March 5, 2008
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON**

|  **PLAINTIFF**  |  **DEFENDANT**  |
|:--:|:--:|
| United States | Jose Torres-Calderon |

**Attorneys Present: Benjamin Kennedy**        **Attorneys Present: Jerry Fong**

---

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 3/26/08 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.