1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant JOSE TORRES CALDERON

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,        )   CASE NO:    CR 07-00745 JF
12                                   )
             Plaintiff,              )   ATTORNEY JERRY FONG'S
13                                   )   STATUS CONFERENCE STATEMENT
   vs.                               )   REGARDING DEFENDANT JOSE
14                                   )   TORRES CALDERON.
   JOSE TORRES CALDERON,             )
15                                   )   Date:        March 26, 2008
             Defendant.              )   Time:        9:00 a.m.
16 _____ )   Judge:       Hon. Jeremy Fogel

17

18       Attorney Jerry Fong, counsel for Defendant Jose Torres Calderon, hereby submits the

19 following status conference statement:

20       Based on Attorney Fong's consultation with Mr. Torres Calderon, it appears that Mr.

21 Calderon will, at the the status conference scheduled on March 26, 2008, request that the

22 Court discharge Attorney Fong as his counsel and permit him to represent himself.

23       Without disclosing any attorney-client communication or other privileged matters,

24 Attorney Fong is concerned that Mr. Calderon is not competent to represent himself, under

25 the standard set forth by the United States Supreme Court in Godinez v. Moran, 509 US 389,

26 396 (1993); see, also, Van Lynn v. Farmon, 347 F.3d 735, 740 (9th Cir. 2003).

27       To that end, Attorney Jerry Fong respectfully requests that the Court conduct an *in*

28 *camera* hearing, outside the presence of the US Attorney's office, so that he may address the

1    Court with regard to his specific concerns as to whether or not Mr. Torres Calderon is

2    competent to represent himself.

3          The Court should be aware that this request is not endorsed by Mr. Torres Calderon,

4    and Attorney Fong anticipates that Mr. Torres Calderon might very well oppose this request.

5

6

7    DATED:  March 24, 2008                    Respectfully submitted,

8                                              CAREY & CAREY

9

10

11

12                                            _____/S/_____
                                              JERRY Y. FONG, Attorneys for
13                                            Defendant JOSE TORRES CALDERON

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28