## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, March 26, 2008
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       **UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Torres-Calderon |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Jerry Fong |

PROCEEDINGS:

    Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant requests Mr. Fong be relieved as counsel and that he be permitted to represent himself. The Court refers the matter to Magistrate Judge Trumbull for hearing on 3/27/08 at 9:30 am. Continued to 4/2/08 at 9:00 a.m. for further status review. 7 days are excluded for the reasons stated.