UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, April 2, 2008
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON |

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Torres-Calderon |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Pro se |

PROCEEDINGS:
  Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. The Court refers the matter to Magistrate Judge Trumbull for appointment of Spanish-speaking attorney to represent defendant. Continued to 4/9/08 at 9:00 a.m. for further status review.