1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile:  (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,         )   No.   CR 07-00745 JF
                                       )
15 |      Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME FROM
16 |   v.                              )   APRIL 7, 2008 TO APRIL 16, 2008 FROM
                                       )   THE SPEEDY TRIAL ACT
17 | JOSE TORRES-CALDERON,             )   CALCULATION (18 U.S.C. §
                                       )   3161(h)(8)(A))
18 |      Defendant.                   )
                                       )
19 |_____     )

20

21     The parties stipulate that the time between April 7, 2008 and April 16, 2008 is excluded

22 under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23 continuance would unreasonably deny defense counsel reasonable time necessary for effective

24 preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25 ends of justice served by granting the requested continuance outweigh the best interest of the

26 public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28 //

1

18 U.S.C. §3161(h)(8)(A).

DATED: April 7, 2008        JOSEPH P. RUSSONIELLO
                            United States Attorney


                            ___/s/_____
                            BENJAMIN T. KENNEDY
                            Assistant United States Attorney


                            ___/s/_____
                            ALFREDO MORALES
                            Attorney for Defendant

1 **ORDER**

2 Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the time between April 7, 2008 and April 16, 2008 is excluded under the Speedy
4 Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance
5 would unreasonably deny defense counsel reasonable time necessary for effective preparation,
6 taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of
7 justice served by granting the requested continuance outweigh the best interest of the public and
8 the defendant in a speedy trial and in the prompt disposition of criminal cases. The court
9 therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

11 IT IS SO ORDERED.
12 DATED: _____
PATRICIA V. TRUMBULL
13 UNITED STATES MAGISTRATE JUDGE