# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, April 16, 2008
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Torres-Calderon |

**Attorneys Present:** Benjamin Kennedy      **Attorneys Present:** Alfredo Morales

---

PROCEEDINGS:

Disposition hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Mr. Morales is identified as counsel for defendant. Defendant pleads guilty to count 1 of the Information (open plea). Continued to 7/16/08 at 9:00 a.m. for judgment and sentencing.