**Alfredo M. Morales, Esq. [SBN 69204]**
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San José, CA 95113
(408) 294-5400

Counsel for Jose Torres-Calderon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 07-00745-01 JF |
| ) | |
| Plaintiff, ) | **SENTENCING MEMORANDUM**: |
| ) | **NO OBJECTION TO PSR SENTENCE** |
| ) | **RECOMMENDATION** |
| vs. ) | |
| ) | |
| JOSE TORRES-CALDERON, ) | Date   : 07-16-08 |
| ) | Time   : 9:00 a.m. |
| Defendant. ) | Judge : Hon. Jeremy Fogel |

Defendant Torres-Calderon does not object to the 30 month sentence recommendation set forth in the Presentence Investigation Report.

Defendant Torres-Calderon reserves the right to reply to any objections that may be filed on behalf of the Government.

Dated: July 7, 2008

/s/
Alfredo M. Morales, Esq.
Counsel for Defendant
Jose Torres-Calderon

===================================================================================

**DEFENDANT'S SENTENCING MEMORANDUM**

Page 1 of 1