UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>V.<br>JOSE TORRES-CALDERON,<br>　　　　Defendant.<br>_____ | Case Number CR-07-00745-JF<br><br>Sentencing Hearing<br><br>July 17, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The sentencing hearing set on July 16, 2008 is continued to July 17, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

July 10, 2008　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　By:___/s/_____
　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk