UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 7/17/08

Court Reporter:            Clerk:

Case No: CR 07-00745 JF     Case Title:. USA vs. Jose Torres-Calderon

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Chad Mandell | Al Morales |

### PROCEEDINGS

Pretrial Conferences:  [ ] Initial   [ ] Status   [ ] Discovery
                           [X] Settlement  [ ] Final    [ ] Judgment and Sentencing
                           [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

### DISPOSITION

[ ] Granted       [ ] Submitted       [ ] Settled

[ ] Denied        [ ] Briefs to be filed       [X] Not Settled

[ ] Granted in part, denied in part       [ ] Off Calendar

Briefing Schedule:    Opening                 Answer
                         Reply

[ ] Continued to

### ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [ ] Court      [ ] Court w/opinion

NOTES: Not settled but parties continue to pursue