UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, July 17, 2008
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Torres-Calderon |
| Attorneys Present: Chad Mandell | Attorneys Present: Alfredo Morales |

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel, Spanish interpreter Thelma Oros-Fotedar, Probation Officer Aylin Raya and defendant are present. The case is referred to Magistrate Judge Trumbull for Rule 11 settlement conference. Continued to 7/23/08 at 9:00 a.m. for judgment and sentencing.

Court reconvenes. All parties are present. Counsel advise they have met with Magistrate Judge Trumbull and the case did not settle. Continued to 7/25/08 at 11:00 a.m. for judgment and sentencing. The hearing set on 7/23/08 is vacated. Defendant waives his right to appeal. The Court orders Ms. Raya to provide Mr. Mandell all requested documents. Mr. Mandell shall file an additional brief.