```
J241481                IN THE SUPERIOR COURT SOUTHERN BRANCH      07/15/08
SAN MATEO CJIS              OF THE STATE OF CALIFORNIA            08:04
ORGANIZATION: MC       IN AND FOR THE COUNTY OF SAN MATEO         PAGE   1

                        ---- REGISTER OF ACTIONS ----


CASE NO. SC028275A         STATUS:  ADJUDICATED

PEOPLE V. TORRES-CALDERON, JOSE

           216 IVY DR                              DATE OF BIRTH: 11/12/69
           MENLO PARK, CA 94025

*************************************************************************
ATTORNEYS OF RECORD:

PROSECUTION:
DEFENSE:      BRAMY
                   (PUBLIC DEFENDER)

*************************************************************************
CHARGES, PLEAS AND DISPOSTIONS:

                        FILED DATE: 03/10/92

CNT  ALG                         LATEST                          CONV/DISP
NO.  NO.  CODE/SECTION      TYPE  PLEA   --------DISPOSITION-------   DATE

001       HS  11352           F    NDL   PLED NOLO CONTENDERE       04/14/92
     01   PC  1203.073(B)(1)  E         ADMITTED
002       HS  11352           F    NG    DISM-INTEREST JUSTICE      04/14/92
     01   PC  1203.073(B)(1)  E         STRICKEN
```



STATE OF CALIFORNIA } SS.
COUNTY OF SAN MATEO

I, John C. Fitton, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court
This 15 day of Jul 08
Clerk of the Superior Court of California, County of San Mateo
By _____
                    Deputy Clerk

```
J241481                                                              07/15/08
SAN MATEO CJIS              --- REGISTER OF ACTIONS ---              08:04
ORGANIZATION: MC               CASE NO. SC028275A                    PAGE   2

****************************************************************************
CASE SYNOPSIS:

02/26/92   HELD TO ANSWER IN SUPERIOR COURT NORTHERN BRANCH
02/26/92   HEARING SET ON 03/12/92 AT 09:00 A.M. IN SUPERIOR COURT - HALL OF
           JUSTICE & RECORDS, DEPT. CR, FOR: ARRAIGNMENT IN SUPERIOR COURT.
           BAIL: $200,000.00.
           CUSTODY STATUS: IN CUSTODY.
           INTERPRETER: SPANISH.


****************************************************************************
```

```
J241481                                                              07/15/08
SAN MATEO CJIS              --- REGISTER OF ACTIONS ---              08:04
ORGANIZATION: MC             CASE NO. SC026275A                      PAGE   3
```

**************************************************************************
RECORD OF CASE EVENTS:


03/10/92 09:00     FOR COMPLETE CASE HISTORY REFER TO CASE FILE.
                   INFORMATION FILED.
                   REPORTER'S TRANSCRIPT RE PRELIMINARY HEARING FILED.

03/12/92 09:00 **  HEARING HELD ON 03/12/92 AT 9:00 A.M. IN SUPERIOR COURT,
                      D- 3. HON. ARAM SERVERIAN, JUDGE, PRESIDING. CLERK: NONE
                      . REPORTER: NONE. CLERK2: NONE. DEPUTY D.A.  . DEFENSE
                      COUNSEL PRESENT:  .
                   DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
                   DEFENDANT DENIED ALL SPECIAL ALLEGATIONS, PRIORS AND/OR
                      OVERT ACTS AS ALLEGED IN THE INFORMATION.
                   PRE-TRIAL CONFERENCE SET 04/14/1992 AT 2:00 P.M. IN
                      SCRWC COURT, D- CR.
                   JURY TRIAL SET ON 05/04/1992 AT 8:45 A.M. IN SCRWC
                      COURT, D- CR.
                   DEFENDANT REMAINS IN CUSTODY.

04/14/92 09:00 **  HEARING HELD ON 04/14/92 AT 9:00 A.M. IN SUPERIOR COURT,
                      D- 3. HON. ARAM SERVERIAN, JUDGE, PRESIDING. CLERK: NONE
                      . REPORTER: NONE. CLERK2: NONE. DEPUTY D.A.  . DEFENSE
                      COUNSEL PRESENT:  .
                   DECLARATION RE PLEA/CHANGE OF PLEA; FINDING AND ORDER
                      SIGNED IN OPEN COURT.
                   DEFENDANT ENTERED A PLEA OF NOLO CONTENDERE TO COUNT 1,
                      VIOLATION OF HS 11352, A FELONY.
                   ALLEGATION NO. 1 AS TO COUNT 1, TO WIT: SPEC ALLEG
                      PURSUANT TO PC 1203.073(B)(1), ADMITTED.
                   ALL REMAINING COUNTS DISMISSED. REASON: INTEREST OF
                      JUSTICE.
                   ALL REMAINING SPECIAL ALLEGATIONS; PRIORS AND/OR OVERT
                      ACTS ARE STRICKEN. REASON: INTEREST OF JUSTICE.
                   JURY TRIAL DATE OF 05/04/1992 AT 8:45 A.M. VACATED.
                   PROBATION DENIED; 4 YRS(M) CDC, CTS 62+31; F-$100
                      GC13967, DEF DOES NOT HABE ABILITY TO REIMBURSE SAN
                      MATEO CO FOR CT APPTD COUNSEL.
                   DEFENDANT REMAINS IN CUSTODY.

04/02/93 09:00     ORDER FILED.
                   EX-PARTE MOTION FOR AUTHORIZATION TO USE EVIDENCE FROM A
                      CLOSED CASE FILED.
                   DECLARATION OF CORPORAL MICHAEL CALLAGY IN SUPPORT OF EX
                      PARTE REQUEST FOR AUTHORIZATION TO USE EVIDENCE FROM A
                      CLOSED CASE FILED.


**************************************************************************

END OF REGISTER OF ACTIONS