**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, July 25, 2008
**Case Number:** CR-07-00745-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. JOSE TORRES-CALDERON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Jose Torres-Calderon |
| **Attorneys Present:** chad Mandell | **Attorneys Present:** Alfredo Morales |

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel, Spanish interpreter Adele Negro and defendant are present. Defendant is sentenced to 48 months on count 1 of the Information; 3 years supervised release; and $100.00 special assessment.