1 Alfredo M. Morales, SBN 69204
Law Offices of Morales & Leaños
2 75 East Santa Clara Street, Suite 250
San José, CA 95113
3 (408) 294-5400

4
Counsel for Defendant Jose Torres-Calderon
5

6
IN THE UNITED STATES DISTRICT COURT
7
FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-07-00745-1 JF |
|---|---|---|
| Plaintiff, | ) ) | EXPEDITED MOTION TO WITHDRAW; |
| vs. | ) ) | DECLARATION OF ATTORNEY IN SUPPORT THEREOF; [PROPOSED] |
| JOSE TORRES-CALDERON, | ) ) | ORDER PERMITTING WITHDRAWAL |
| Defendant. | ) ) | |

TO: THE HON. JEREMY FOGEL; JOSEPH P. RUSSONOELLO, UNITED STATES ATTORNEY AND CHAD M. MANDELL, ASSISTANT UNITED STATES ATTORNEY; AND TO HECTOR MACIAS-VALENCIA, DEFENDANT:

NOTICE IS HEREBY GIVEN THAT Mr. Jose Torres-Calderon and undersigned counsel will and hereby do move the Court for an Order permitting the withdrawal of counsel and the appointment of new CJA counsel to represent Mr. Jose Torres-Calderon in the appeal of this case.

This Expedited Motion is filed pursuant to Criminal Local Rules 44-2(b) and 47-3.

DECLARATION OF ALFREDO M. MORALES:

I, declare as follows:

1. I am an attorney at law and a member of the Bar of this Court. I was appointed under the Criminal Justice Act to represent Jose Torres Calderon on or about April 16, 2008 If called as a witness, I could and would competently testify to the following:

2. I represented Jose Torres Calderon through the sentencing in this case. The case is now concluded at the district court level.

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

- 1 -

3. Prior to the sentencing in this case, as well as after the sentencing, Jose Torres-Calderon and I discussed his options regarding appeal in this case. I answered all his questions and fully advised him of the advantages and disadvantages of, and the procedures for, requesting new counsel from the CJA appellate panel if that was his wish. He agreed to waive his right to appeal and this was done in open court on July 17, 2008. Mr. Calderon-Torres was sentenced on July 25, 2008 and judgment was entered on August 1, 2008.

4. On August 4, 2008 Mr. Torres-Calderon informed me for the first time that he wished file an appeal regarding the sentence. I advised him that I do not handle appeals and that in any event I could not handle his appeal as I believed I would have a conflict of interest. Mr. Calderon-Torres asked me to please request that another attorney, to be selected from the CJA appellate panel according to the panel's usual procedures, to represent him on the appeal of this case.

5. I am not a member of the CJA appellate panel and I have never handled an appeal.

6. Further, for me to represent Mr.Torres-Calderon may be a conflict of interest if he were to argue ineffective assistance of counsel on appeal.

7. There will be little or no inefficiency in appointing new counsel on appeal. If appointed now, new appellate counsel would enter the appeal at the earliest possible stage with virtually no duplication of effort.

8. I am advised that the Federal Public Defender can appoint new counsel from the CJA appellate panel on approximately one day's notice. I am informed and believe and thereon allege that appointing new CJA counsel at the appellate stage to replace CJA trial counsel is routine whenever the defendant requests it.

9. I will continue to represent Mr. Jose Torres-Calderon until replaced. If necessary, I will file the Notice of Appeal if the deadline arrives before new CJA counsel is appointed. Mr. Torres Calderon will not be prejudiced by granting this motion.

10. On August 4, 2008 I spoke to AUSA Chad Mandell and advised him that I would be filing this motion to be relieved as counsel of record.

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

I declare under penalty of perjury that the foregoing is true and correct and was executed in San Jose, California this 4th day of August 2008.

Respectfully submitted,

_____/s/_____
Alfredo M. Morales, Esq.

## **ORDER**

It is hereby ORDERED as follows:

1. Alfredo M. Morales may withdraw as counsel for defendant Mr. Jose Torres-Calderon.

2. The Federal Public Defender shall forthwith arrange for CJA counsel to represent defendant in the appeal of this case.

3. Alfredo M. Morales shall continue to represent the defendant until new counsel is appointed, and shall remain responsible for filing the Notice of Appeal for Mr. Torres-Calderon in the event that new counsel is not appointed in time to do so.

Dated: August \_\_, 2008      _____
                              Hon. Jeremy Fogel
                              United States District Judge