1 | Alfredo M. Morales, SBN 69204
Law Offices of Morales & Leaños
2 | 75 East Santa Clara Street, Suite 250
San José, CA 95113
3 | (408) 294-5400

FILED

2008 AUG -7 A 9:34

Fee waived

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Counsel for Defendant Jose Torres-Calderon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-07-00745-01 JF |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEAL |
| vs. | ) | |
| JOSE TORRES-CALDERON, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that defendant Jose Torres-Calderon hereby appeals to the United States Court of Appeals for the Ninth Circuit from the conviction and final Judgment imposed by the Hon. Jeremy Fogel, United States District Judge for the Northern District of California on July 25, 2008 and entered in this action on August 1, 2008.

Dated: August 6, 2008

_____
Alfredo M. Morales, Esq.
Attorney for Defendant
Jose Torres-Calderon

**NOTICE OF APPEAL**

- 1 -

Alfredo M. Morales, SBN 69204
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San José, CA 95113
(408) 294-5400

Counsel for Defendant Jose Torres-Calderon

FILED

2008 AUG -7 A 9:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE TORRES-CALDERON, ) <br> ) <br> Defendant. ) | CASE NO. CR-07-00745-01 JF <br><br> CERTIFICATE OF SERVICE <br> BY MAIL |

I am a citizen of the United States of America and employed in the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is 75 East Santa Clara Street, Suite 250, San Jose, California, 95113.

That on August 6, 2008, I served the within Notice of Appeal on the party below named in this action by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service mailbox at San Jose, California addressed as follows:

**Chad Mandell, AUSA**
Unites States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, California 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 6, 2008, at San José, CA.

Alfredo M. Morales, Esq.

**NOTICE OF APPEAL**

- 1 -