RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

AUG 13 2008

FILED _____
DOCKETED _____   DATE ____ INITIAL ____

RECEIVED
2008 AUG -8 PM 4:04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

CASE INFORMATION:
Short Case Title: **USA -v- Jose Torres-Calderon**
Court of Appeals No. _____
U.S. District Court, Division & Judge Name: **NDCA, San Jose Division, Judge Jeremy Fogel**
Criminal and/or Civil Case No.: **CR-07-00745-JF**
Date Complaint/Indictment/Petition Filed: **11/27/07**
Date Appealed order/judgment entered **8/8/08**
Date NOA **8/7/08**
Date(s) of Indictment **11/27/07** Plea Hearing **4/16/08** Sentencing **7/25/08**

**08-10357**

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: **Summer Clanton-408.568.8392**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:  Waived         Date Docket Fee Billed:
Date FP granted:                      Date FP denied:
Is FP pending? ☐ yes ☐ no             Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellant Counsel:                    Appellee Counsel:

**Alfredo M. Morales**                **Chad Mandell**
Law Offices of Morales & Leanos       150 Almaden Blvd.,
75 East Santa Clara Street, Suite 250 San Jose, CA 95113
San Jose, CA 95113 (408) 294-5400     408.535.5059
☐ retained ☒ CJA ☐ FPD ☐ Pro Se ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:        See Above          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: **Cita Escolano**
408.535.5391   8/12/08