# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-10357                    U.S. District Court Case No. 07-745 (JF)

Short Case Title  U.S. v. Torres-Calderon

Date Notice of Appeal Filed by Clerk of District Court   08/12/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 04/16/08 | Summer Clanton | Disposition Hearing |
| 07/17/08 | Summer Clanton | Judgment and Sentencing Hearing |
| 07/25/08 | Summer Clanton | Judgment and Sentencing Hearing |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant              Date Transcript Ordered 8/27/2008

Mark D. Flanagan
Wilmer Cutler Pickering Hale & Dorr
1117 California Ave.
Palo Alto, CA 94304
tel. (650) 858-6047

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

1

## CERTIFICATE OF SERVICE

2      I am a citizen of the United States and reside in the State of California.  I am employed in

3   Santa Clara County, State of California.  I am over the age of eighteen years, and not a party to

4   the within action.  My business address is 1117 California Avenue, Palo Alto, California, 94304.

5      On August 27 , 2008, I served the foregoing document(s) described as:

6      **TRANSCRIPT DESIGNATION AND ORDERING FORM**

7      _____By transmitting via electronic mail the document(s) listed above to the addresses
8      set forth below:
       __X__By causing a true and correct copy thereof, together with a signed copy of this
9      declaration to be placed in a sealed envelope with postage thereon fully prepaid,
       in the United States mail at Palo Alto, California addressed as set forth below.  I
10     am readily familiar with the firm's practice of collecting and processing
       correspondence for mailing.  Under that practice, it would be deposited with the
11     U.S. Postal Service on the same day with postage thereon fully prepaid in the
       ordinary course of business.  I am aware that on motion of the party served,
12     service is presumed invalid if the postal cancellation date or postage meter date is
       more than one day after date of deposit for mailing in affidavit.
13

14     **CHAD M. MANDELL**
       **U.S. ATTORNEY'S OFFICE**
15     **150 ALMADEN BLVD.**
       **SAN JOSE, CA  95113**
16

17     **SUMMER CLANTON, COURT REPORTER**
       **U.S. DISTRICT COURT FOR NORTHERN DISTRICT**
18     **OF CALIFORNIA (SAN JOSE)**
       **280 S. FIRST STREET, ROOM 2112**
19     **SAN JOSE, CA  95113**

20     I declare under penalty of perjury under the laws of the State of California that the above

21
    is true and correct.
22
       Executed on August 27, 2008 at Palo Alto, California.
23

24     Patricia Shore

25

26

27                                                        **Certificate of Service**
                                                          **USA v. Torres-Calderon**
28                                                        **Case No. 5:07-CR-0745**

US1DOCS 6799258v1